KAREN P. HEWITT
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6963

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 06cv2444-JM(NLS) |
| | ) | |
| Plaintiff, | ) | ORDER FOR STIPULATED JUDGMENT |
| | ) | OF FORFEITURE |
| v. | ) | |
| | ) | |
| $29,490.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Having reviewed the Joint Motion For Forfeiture of Defendant Currency and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved;

1.    Four Thousand Dollars ($4,000.00) of the defendant currency plus interest according to law is hereby returned to claimant Michael Cardosi, through his attorney, Richard M. Barnett.

2.    The remainder of the defendant currency, consisting of Twenty-five Thousand Four Hundred Ninety Dollars ($25,490.00) in United States currency, is hereby condemned and forfeited to the United States.

3.    Any costs incurred by the United States incident to the seizure and forfeiture of the defendant currency shall be borne by the

United States.

4.    Claimant agrees that by entering into the stipulation, he has not "substantially prevailed" within the meaning of Title 28, United States Code, Section 2465.  The parties shall bear their own costs and expenses, including all attorney fees.

5.    The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465.

6.    The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations the claimant may owe to the United States.

7.    The Claimant, his agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure and custody of the defendant currency.

11.    This case is hereby ordered closed.  Let judgment be entered accordingly.

        IT IS SO ORDERED.


DATED:  November 15, 2007

                                          Hon. Jeffrey T. Miller
                                          United States District Judge

2                                                            06cv2444-JM